No. 1441, Misc. WATTS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1443, Misc. SAFFIOTI v. CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1457, Misc. CALDWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1475, Misc. BROWN v. COPINGER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1483, Misc. BILLS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1508, Misc. HAMMOND v. GEORGIA. Sup. Ct. Ga. Certiorari denied. *Guy B. Scott, Jr.,* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for respondent.

No. 1529, Misc. SIMPSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Phylis Skloot Bamberger* and *William E. Hellerstein* for petitioner.

No. 254, Misc. THOMAS v. KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John B. Breckinridge,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.